**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6923**

_____

DEWAYNE LEWIS DUDLEY,

             Plaintiff - Appellant,

      v.

BUTNER    LSCI;    TRANSGENDER    EXECUTIVE    COMMITTEE;
PSYCHOLOGIST DELK, Dr., Psychologist; DENTAL DOCTOR,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Terrence W. Boyle, District Judge.  (5:24-ct-03021-BO)

_____

Submitted:  November 19, 2024                    Decided:  November 22, 2024

_____

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dewayne Lewis Dudley, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewayne Lewis Dudley appeals the district court's order dismissing Dudley's civil action for failure to comply with the court's previous order to file an amended complaint. On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because Dudley's informal brief does not challenge the basis for the district court's disposition, Dudley has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*